```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                   OCT 2 8 2005
IN THE UNITED STATES DISTRICT COURT
            FOR THE                           For The Northern Mariana Islands
      NORTHERN MARIANA ISLANDS                 By_____
                                                        (Deputy Clerk)
```

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 99-00030 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF RELEASE OF EXHIBITS |
| GUO RUI SHI, et al. | ) | |
| Defendant. | ) | |

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this __28th__ day of __October__, 2005

By: _____
Galo L. Perez
Clerk of Court
U.S. District Court
Northern Mariana Islands

AO 187

# EXHIBIT AND WITNESS LIST

| | |
|---|---|
| United States of America vs. SHI, Guo Rui | **District Court** Northern Mariana Islands, Saipan, MP 96950 |

| Plaintiff's Attorney | Defendant's Attorney | Docket Number CR-99-00030 |
|---|---|---|
| Gregory Baka, AUSA | William Campbell, Linda Wingenbach, Vicente Salas, Eric Smith, Bruce Berline Cindy Adams | Trial Date(s) September 13 thru October 4, 1999 |
| **Presiding Judge** Honorable Alex R. Munson | **Court Reporter** Sanae Shmull | **Courtroom Deputy** K. Lynn Lemieux |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 9/13/99 | | | #1 LTJG Kin P. Szeto, USCG - 09/13/99 |
| 301 | | 9/13/99 | 9/13/99 | 9/13/99 | Identification Card of the Master of the vessel. |
| 161 | | 9/14/99 | 9/14/99 | 9/14/99 | U.S. Coast Guard video tape of vessel. |
| 143 | | 9/14/99 | 9/14/99 | 9/14/99 | Transceiver radio |
| | A | 9/14/99 | 9/14/99 | 9/30/99 | Drawing of boat done by Witness Szeto during CX |
| W2 | | 9/14/99 | | | #2 ENS Dean J. Milne, USCG - 09/14/99 |
| 121 | | 9/14/99 | 9/14/99 | 9/14/99 | Navigation Chart #14300 |
| 122 | | 9/14/99 | 9/14/99 | 9/14/99 | Navigation Chart #1039 |
| 123 | | 9/14/99 | 9/14/99 | 9/14/99 | Navigation Chart #603 |
| 141 | | 9/14/99 | 9/14/99 | 9/14/99 | GPS Unit KODEN SN 9507400 |
| 142 | | 9/14/99 | 9/14/99 | 9/14/99 | GPS Unit SINOTOP XTG-708MP |
| 101A | | 9/14/99 | 9/14/99 | 9/14/99 | Coordinates written on paper. |
| 101B | | 9/14/99 | 9/14/99 | 9/14/99 | Coordinates written on paper. |
| 101C | | 9/14/99 | 9/14/99 | 9/14/99 | Coordinates written on paper. |
| 501 | | 9/15/99 | 9/15/99 | 9/15/99 | Cellar Phone |
| 201 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99   Shue, Jin R |
| 202 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99   Chen, Liang |
| 203 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99   Mei, Mei Chin |
| 204 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99   Yan Lin Ping |
| 205 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99   Ching Hua Ting |
| 206 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99   Zhan, Hua Lin |
| 207 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99   Su Guo Xue |
| 208 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99   Siu Sang Bing |
| 209 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99   Saue Eir Ping |
| 210 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99   He Kue |
| 211 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99   Lin Hu Minh |
| 212 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99   Yu Cheng Jun |
| 213 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99   Ling Hao Ying |
| 214 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99   Gao Ning Xing |
| 215 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99   Li, Mau Sheng |

FILED
Clerk
District Court
OCT 04 1999
For The Northern Mariana Islands
By_____
(Deputy Clerk)

100

AO 187

# EXHIBIT AND WITNESS LIST

| United States of America vs. SHI, Guo Rui | | **District Court** Northern Mariana Islands, Saipan, MP 96950 |
|---|---|---|
| **Plaintiff's Attorney** Gregory Baka, AUSA | **Defendant's Attorney** William Campbell, Linda Wingenbach, Vicente Salas, Eric Smith, Bruce Berline Cindy Adams | **Docket Number** CR-99-00030 **Trial Date(s)** September 13 thru Oct. 4, 1999 |
| **Presiding Judge** Honorable Alex R. Munson | **Court Reporter** Sanae Shmull | **Courtroom Deputy** K. Lynn Lemieux |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 216 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Shie Yien |
| 217 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Ho Shiao |
| 218 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Ho, See Te |
| 219 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Chen Xian Ping |
| 220 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  He Cheng |
| 221 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Wu Gue Yong |
| 222 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Hiu Han Ming |
| 223 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Er Xiang Piao |
| 224 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Gao Lien |
| 225 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Wu Guo Zhong |
| 226 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  She Chuang Rong |
| 227 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Ho Ming |
| 228 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Zheng Chi Tsai |
| 229 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Chen Deng Ching |
| 230 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Ho Wen Kue |
| 231 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Shue Cheng Hue |
| 232 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Siu Jing Fei |
| 233 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Ling Zhi Yo |
| 234 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  She Peng |
| 235 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Cao Shin |
| 236 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Ling Zheng You |
| 237 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Chen Jong Li |
| 238 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Chen Quan |
| 239 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Ke Sil Jing |
| 240 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Chen Iang Lin |
| 241 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Chen Sao Lang |
| 242 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Gao Yao Hua |
| 243 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Shue Eir Jin |
| 244 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Ting, Than Chung |

EXHIBIT AND WITNESS LIST

| United States of America vs. SHI, Guo Rui | | | | | District Court<br>Northern Mariana Islands, Saipan, MP 96950 |
|---|---|---|---|---|---|
| **Plaintiff's Attorney**<br>Gregory Baka, AUSA | | | **Defendant's Attorney**<br>William Campbell, Linda Wingenbach, Vicente Salas,<br>Eric Smith, Bruce Berline Cindy Adams | | **Docket Number**   CR-99-00030 |
| | | | | | **Trial Date(s) September 13 thru Oct. 4, 1999** |
| **Presiding Judge**<br>Honorable Alex R. Munson | | | **Court Reporter**<br>Sanae Shmull | | **Courtroom Deputy**<br>K. Lynn Lemieux |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 245 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Chen Jiang Shin |
| 246 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Sie Yung |
| 247 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Ling Hui Chu |
| 248 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Oh Fong Jie |
| 249 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Lee Ming |
| 250 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  So Yi Cho |
| 251 | | 9/15/99 | 9/15/99 | 9/15/99 | Excluded Alien Form dated 6-1-99  Ong Zhu Hue |
| | B | 9/15/99 | 9/15/99 | 9/30/99 | Requisition and Invoice Shipping Document signed and dated by Mark Zachares |
| W3 | | 9/15/99 | | | Melvin L. Grey, Senior Special Agent, U.S. Immigration Service |
| 181 | | 9/15/99 | 9/15/99 | 9/15/99 | Photos of Passengers aboard the vessel |
| 182 | | 9/15/99 | 9/15/99 | 9/15/99 | Photos of Passengers aboard the vessel |
| 183 | | 9/15/99 | 9/15/99 | 9/15/99 | Photos of Passengers aboard the vessel |
| 184 | | 9/15/99 | 9/15/99 | 9/15/99 | Photos of Passengers aboard the vessel |
| 185 | | 9/15/99 | 9/15/99 | 9/15/99 | Photos of Passengers aboard the vessel |
| 186 | | 9/15/99 | 9/15/99 | 9/15/99 | Photos of Passengers aboard the vessel |
| 187 | | 9/15/99 | 9/15/99 | 9/15/99 | Photos of Passengers aboard the vessel |
| 188 | | 9/15/99 | 9/15/99 | 9/15/99 | Photos of Passengers aboard the vessel |
| 189 | | 9/15/99 | 9/15/99 | 9/15/99 | Photos of Passengers aboard the vessel |
| 261 | | 9/15/99 | 9/15/99 | 9/15/99 | Photo Spread Identification |
| | C | 9/15/99 | 9/15/99 | 9/15/99 | Typed List of Boat 5 Evidence/Property |
| 401 | | 9/15/99 | 9/15/99 | 9/15/99 | Piece of paper with numbers on it |
| 601 | | 9/15/99 | 9/15/99 | 9/15/99 | Chinese ID Card |
| 602 | | 9/15/99 | 9/15/99 | 9/15/99 | Chinese Business Card with Telephone Numbers |
| 701 | | 9/15/99 | 9/15/99 | 9/15/99 | Chinese ID Card |
| 801 | | 9/15/99 | 9/15/99 | 9/15/99 | Page from an Address/Telephone book |
| | D | 9/16/99 | 9/16/99 | 9/30/99 | Chinese names written (and translated) on paper |
| W4 | | 9/16/99 | | | #4  Xiao, Yi Zhu (C1 Captain) - 09/16/99 |

# EXHIBIT AND WITNESS LIST

| United States of America vs. SHI, Guo Rui | | | **District Court** Northern Mariana Islands, Saipan, MP 96950 |
|---|---|---|---|
| **Plaintiff's Attorney** Gregory Baka, AUSA | | **Defendant's Attorney** William Campbell, Linda Wingenbach, Vicente Salas, Eric Smith, Bruce Berline Cindy Adams | **Docket Number** CR-99-00030 |
| | | | **Trial Date(s)** September 13 thru Oct. 4, 1999 |
| **Presiding Judge** Honorable Alex R. Munson | | **Court Reporter** Sanae Shmull | **Courtroom Deputy** K. Lynn Lemieux |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | E | 9/17/99 | 9/17/99 | | Photo of inside of fishing vessel. |
| W5 | | 9/17/99 | | | #5 Li Ming - C3- Engineer - 09/17/99 |
| W6 | | 9/20/99 | | | #6 Dr. Neal Collins - 09/20/99 (testimony outside the presence of the jurors) |
| | F | 9/20/99 | 9/20/99 | 9/30/99 | Diagram of engine room drawn on easel pad |
| W7 | | 9/20/99 | | | #7 Lin, Gui Zhu - 09/20/99 |
| W8 | | 9/21/99 | | | #8 Xue, Jin Hui - 09/21/99 |
| | G | 9/21/99 | 9/21/99 | | Statement of Xue, Jin Hui |
| W9 | | 9/21/99 | | | #9 Zheng, Hua Qing - 09/21/99 |
| | H | 9/21/99 | 9/21/99 | | Copy of statement of Ling, Hui Chu |
| W10 | | 9/22/99 | | | #10 Zheng, Hua Lin - 09/22/99 |
| W11 | | 9/23/99 | | | #11 Lin, Hou Min - 9/23/99 |
| | I | 9/24/99 | 9/24/99 | 9/30/99 | Drawing on chart of location of "hold" on boat (Drawn by Eric S. Smith) |
| W12 | | 9/24/99 | | | #12 Leng, Mao Yung |
| W13 | | 9/27/99 | 9/27/99 | | #13 Li Mao Sheng |
| W14 | | 9/28/99 | | | #14 He Hang Ming |
| W6 | | 9/28/99 | | | #6 Dr. Neal Collins (testimony in the presence of the jurors) |
| 270 | | 9/28/99 | 9/28/99 | 9/28/99 | Medical Report of Ching Hua Ting signed by Dr. Neal Collins |
| 271 | | 9/28/99 | 9/28/99 | 9/28/99 | Medical Report of Zhen Hua Lin signed by Dr. Neal Collins |
| 272 | | 9/28/99 | 9/28/99 | 9/28/99 | Medical Report of Hiu Han Ming (He Hang Ming) signed by Dr. Neal Collins |
| | W1 | 9/29/99 | | | SHI Guo Rui (Defendant) |
| | W2 | 9/29/99 | | | XUE Jian Hui (Defendant) |
| | J | 9/30/99 | 9/30/99 | 9/30/99 | Medical Record of Leng Mao Yung |
| | K | 9/30/99 | | | Medical Records |
| | L | 9/30/99 | 9/30/99 | 9/30/99 | Medical Record of the only woman on ship. |
| | W3 | 9/30/99 | | | Dr. Neal Collins |
| | W4 | 9/30/99 | | | Gilbert Toy |
| | W5 | 9/30/99 | | | Mark Williams |
| | W6 | 9/30/99 | | | HE Xi Di (Defendant) |